IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Conroy's, Inc., et al., | NO. C 06-01684 JW |
| Plaintiffs,<br>v.<br>Vahid Hejazi, et al.,<br>Defendants. | **ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

    Please take note that on the Court's own motion, the hearing on Plaintiffs' Motion for Preliminary Injunction, presently scheduled for July 10, 2006 is continued to **July 17, 2006 at 9 a.m.**

Dated:   June 26, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Donald J. Putterman dputterman@sideman.com
Glenn J. Plattner gplattner@jenkens.com
Richard J. Nelson rnelson@sideman.com
Ryan D. Fischbach rfischbach@jenkens.com

**Dated: June 26, 2006**                                             **Richard W. Wieking, Clerk**

 

**By:   /s/ JW Chambers
         Melissa Peralta
         Courtroom Deputy**