Glenn J. Plattner (SBN 137454)
Jenkens & Gilchrist, LLP
12100 Wilshire Boulevard
15th Floor
Los Angeles, CA 90025
(310) 820-8800

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| CONROY'S, INC., a California corporation, and FRESH INTELLECTUAL PROPERTIES, INC., a Delaware corporation<br><br>v.<br><br>VAHID HEJAZI, an individual, MAHLA SHAGHAFI, an individual, and HEJAZI ENTERPRISES, INC., a California corporation | CASE NUMBER:<br><br>C 06 01684 JW<br><br>Plaintiff(s)<br><br>SUBSTITUTION OF ATTORNEY<br><br>Defendant(s) |
|---|---|

FRESH INTELLECTUAL PROPERTIES, INC.   [X] Plaintiff   [ ] Defendant   [ ] Other _____
*Name of Party*

hereby substitutes BRYAN CAVE, LLP _____ who is

[X] Retained Counsel   [ ] Court Appointed Counsel   [ ] Pro Per   120 Broadway, Suite 300
                                                                  *Street Address*

Santa Monica, CA 90401     (310) 576-2100     (310) 576-2200     137454
*City, State, Zip Code*      *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of JENKENS & GILCHRIST, LLP
                                                *Present Attorney*

Dated: September 22, 2006

*Signature of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: September 25, 2006

*Signature of Present Attorney*
GLENN J. PLATTNER

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8

Dated: September 25, 2006

*Signature of New Attorney*
GLENN J. PLATTNER

---

Substitution of Attorney is hereby   [ ] Approved.   [ ] Denied.

Dated: 10/13/06

United States District Judge / Magistrate Judge

---

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

## SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                                                                G01

<b>PROOF OF SERVICE</b>

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

     I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, CA 90401. On October 11, 2006, I served the within documents:

<b>SUBSTITUTION OF ATTORNEY</b>

☐ I sent such document from facsimile machine on _____. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Donald J. Putterman, Esq.
Richard J. Nelson, Esq.
Sideman & Bancroft LLP
One Embarcadero Center, Eighth Floor
San Francisco, CA 94111

     I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

     Executed on October 11, 2006, at Santa Monica, California.

*Dora Barnett* (signed)
Dora Barnett