**GRANTED**
*James Ware*
Judge James Ware
10/26/2007

1  **BRYAN CAVE LLP**
   Glenn J. Plattner, California Bar No. 137454
2  Shelly C. Gopaul, California Bar No. 246382
   120 Broadway, Suite 300
3  Santa Monica, California 90401-2386
   Telephone:    (310) 576-2100
4  Facsimile:    (310) 576-2200

5  Attorneys for Plaintiff and Counterdefendant
   CONROY'S, INC., and
6  Plaintiff FRESH INTELLECTUAL PROPERTIES, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 CONROY'S, INC., a California corporation,    Case No. C 06 1684 JW
   and FRESH INTELLECTUAL
12 PROPERTIES, INC., a Delaware                 **STIPULATION OF DISMISSAL**
   corporation,                                 [Fed. R. Civ. P. 41(a)(1)(ii)]
13          Plaintiffs,

14     vs.

15 VAHID HEJAZI, an individual, MAHLA
   SHAGHAFI, an individual, and HEJAZI
16 ENTERPRISES, INC., a California
   corporation,
17
            Defendants.
18

19 AND RELATED COUNTERCLAIM

20

21

22

23

24

25

26

27

28

SM01DOCS654217.1

                                                           STIPULATION OF DISMISSAL

1   IT IS HEREBY STIPULATED AND AGREED by and between the parties to
2   this action, by and through their undersigned counsel that the above-captioned
3   action and related counterclaim be dismissed with prejudice pursuant to Federal
4   Rules of Civil Procedure, Rule 41(a)(1)(ii).
5   IT IS SO STIPULATED.

**BRYAN CAVE LLP**
GLENN J. PLATTNER
SHELLY C. GOPAUL

By: _____
  Glenn J. Plattner
Attorneys for Plaintiff and Counterdefendant
CONROY'S, INC. and Plaintiff FRESH
INTELLECTUAL PROPERTIES, INC.

**SIDEMAN & BANCROFT LLP**
RICHARD J. NELSON

By: _____
  Richard J. Nelson
Attorneys for Defendants
VAHID HEJAZI, MAHLA SHAGHAFA, and
HEJAZI ENTERPRISES, INC.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

SM01DOCS654217.1

2

STIPULATION OF DISMISSAL

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, CA 90401.

On October 21, 2007, I served the foregoing document, described as **STIPULATION OF DISMISSAL**, on each interested party in this action, as follows:

| | |
|---|---|
| Donald J. Putterman | Attorneys for Defendants and |
| Richard J. Nelson | Counterclaimants, Vahid Hejazi, Mahila |
| SIDEMAN & BANCROFT LLP | Shaghafi, Hejazi Enterprises, Inc. |
| One Embarcadero Center, 8th Floor | Phone: 415-392-1960 |
| San Francisco, CA 94111 | Fax:    415-392-0827 |
| | Emails: dputterman@sideman.com; |
| | rnelson@sideman.com; |
| | ironthman@sideman.com |

☒ **(BY MAIL)** I placed a true copy (or original) of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐ **(BY OVERNIGHT CARRIER)** I deposited in a box or other facility maintained by an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided for.

☐ **(BY FAX)** I caused a true copy of the foregoing document to be served by facsimile transmission at the time shown on each attached transmission report from sending facsimile machine telephone number (310) 576-2200 to each interested party at the facsimile number shown above. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served. A true copy of each such transmission report is attached hereto.

☐ **(BY EMAIL)** I caused a true copy of the foregoing document to be served by electronic e-mail transmission at the time shown on each transmission, to each interested party at the e-mail address shown above. Each transmission was .

Executed on October 21, 2007, at Santa Monica, California.

☒ **(FEDERAL ONLY)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the state of California that the foregoing is true and correct.

_Deborah D. Breen_

SM01DOCS654217.1

STIPULATION OF DISMISSAL